tion for writ of certiorari to the Supreme Court of Florida denied. *Mr. Thos. B. Adams* for petitioners. *Messrs. Giles J. Patterson* and *John W. Harrell* for respondents.

No. 733. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* COPELAND, ADMINISTRATRIX. January 15, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Arnot L. Sheppard* for petitioner. *Mr. Cyrus A. Geers* for respondent.

No. 738. MINNESOTA MINING & MANUFACTURING CO. *v.* COE, COMMISSIONER OF PATENTS. January 15, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Harold J. Kinney* and *Charles S. Grindle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondent.

No. 755. COWDRICK, GENERAL ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD CO. January 15, 1945. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Edward W. Haines* for petitioner. *Messrs. Frederic D. McKenney, R. Aubrey Bogley, John A. Hartpence,* and *Adelbert S. Schroeder* for respondent.

No. 669. COHEN *v.* UNITED STATES;
No. 670. RAFFE *v.* UNITED STATES;
No. 671. ROGOFF *v.* UNITED STATES;
No. 682. ROSENBERG *v.* UNITED STATES; and

No. 683. WACHTEL *v.* UNITED STATES. January 15, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Messrs. Walter Brower* and *Ilo Orleans* for Cohen. *Messrs. P. Wolf Winer* and *Arnold T. Koch* for Raffe. *Mr. Philip Handelman* for Rogoff. *Mr. George Wolf* for Rosenberg and Wachtel. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 506. MOSHER *v.* HUNTER, WARDEN. January 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *John Mosher, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 604. WITHEY *v.* ILLINOIS;
No. 744. RUZON *v.* RAGEN, WARDEN;
No. 768. ILLINOIS EX REL. HOWLERY *v.* RAGEN, WARDEN;
No. 770. CULLOTTA *v.* RAGEN, WARDEN; and
No. 771. DIEKELMANN *v.* ILLINOIS. January 15, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied. *Forrest Withey, pro se. Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent in No. 604.

No. —. BROWN *v.* RAGEN, WARDEN. January 29, 1945. The petition for writ of certiorari is denied.